**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JEREMIAH SIDDIQUE JOHNSON EL, a/k/a JERRY L. JOHNSON,

                Plaintiff,

-against-                   19 **CIVIL** 5102 (CS)

                **JUDGMENT**

ROBERT J. BIRD D/B/A ROBERT J. BIRD/TOWN OF CHESTER POLICE, BRUCE R. CHAMBERS, ANTHONY MIRANDA, DANIEL DOELLINGER, and TOWN OF CHESTER POLICE,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2020, the Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
         August 31, 2020

                                            **RUBY J. KRAJICK**
                                            _____
                                                   **Clerk of Court**
                                        **BY:**
                                                     **Deputy Clerk**